Case 2:20-cv-05445-PSG-JDE   Document 24   Filed 01/08/21   Page 1 of 1   Page ID #:88

SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, JIN LEE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>   Plaintiff,<br><br>   vs.<br><br>DENNY LEE D/B/A BUSY BEE DRY CLEANERS; MOSS SHOPPING CENTER, LLC; JERICK HACOBIAN; and DOES 1 to 10,<br><br>   Defendants. | **Case No.: 2:20-cv-05445 PSG (JDEx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Jin Lee ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: January 08, 2021          **SO. CAL EQUAL ACCESS GROUP**

                                  */s/ Jason J. Kim*
                                 JASON J. KIM
                                 Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE