**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JIN LEE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIN LEE,<br><br>            Plaintiff,<br><br>    vs.<br><br>DENNY LEE D/B/A BUSY BEE DRY CLEANERS; MOSS SHOPPING CENTER, LLC; JERICK HACOBIAN; and DOES 1 to 10,<br><br>            Defendants. | **Case No.: 2:20-cv-05445 PSG (JDEx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that JIN LEE ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

> (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

1

1                     (i)      A notice of dismissal before the opposing party serves either an

2                    answer or a motion for summary judgment.

3 None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for

4 summary judgment.  Accordingly, this matter may be dismissed without an Order of the

5 Court.

6

7 DATED:  March 19, 2021      SO. CAL. EQUAL ACCESS GROUP

8

9                     By:    */s/   Jason J. Kim*

10                          Jason J. Kim, Esq.
                           Attorneys for Plaintiff

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**